**AO 450 (Rev. 5/85) Judgment in a Civil Case

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Richard Hughes,

      vs.                            Case No. 2:13-cv-254

Cred X Debt Recovery, LLC,         **Judge Michael H. Watson**

[ ]  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ]  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X]  **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the September 17, 2013 Order, Judgment is entered against Defendant in the amount of $1,350.00.

Date: **September 17, 2013**        John Hehman, Clerk

                                            _s/ Jennifer Kacsor_
                                          By Jennifer Kacsor/Courtroom Deputy